UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FAUD JARRAH, and SUHAILA JARRAH,<br><br>    Plaintiffs,<br><br>v.<br><br>TRUMP HOTELS & CASINO RESORTS, INC., MEDICAL ONE A.C.E.C., INC., and LINDA A. ERTHAL<br><br>    Defendants. | HONORABLE JOSEPH E. IRENAS<br><br>CIVIL ACTION NO. 04-2365 (JEI)<br><br>**ORDER GRANTING MOTION FOR SUMMARY JUDGMENT AND DISMISSING MOTION FOR INDEMNITY**<br><br>(Docket No. 30) |

**APPEARANCES:**

SOLOFF & ZERVANOS
By: Jeffrey P. Fritz
1800 Chapel Avenue
Suite 302
Cherry Hill, NJ 08002

LAW OFFICES OF SOLOFF & ZERVANOS
By: John Nikitas Zervanos
1515 Locust Street
8th Floor
Philadelphia, PA 19102
    Counsel for Plaintiffs


COOPER, LEVENSON, APRIL, NIEDELMAN & WAGENHEIM, PA
By: Russell L. Lichtenstein
1125 Atlantic Avenue
Third Floor
Atlantic City, NJ 08401-4891
    Counsel for Defendant Trump Hotels & Casino Resorts, Inc.

STAHL & DELAURENTIS, PC
By: Dominic A. DeLaurentis, Jr.
1103 Laurel Oak Road
Suite 103
Voorhees, NJ 08043
    Counsel for Defendants Medical One A.C.E.C., Inc. and Linda A. Erthal

**IRENAS**, Senior District Judge:

This matter appeared before the Court on Defendant Trump Hotels & Casino Resorts, Inc.'s Motion for Summary Judgment and Motion for Indemnity.  (Docket No. 30).  The Court having considered the submissions of the parties, and for the reasons set forth in an opinion issued by this Court on even date herewith, and for good cause appearing;

**IT IS** on this 30th day of May, 2007,

**ORDERED THAT:**

1. Defendant Trump Hotels & Casino Resorts, Inc.'s Motion for Summary Judgment (Docket No. 30) is hereby **GRANTED.**
2. Defendant Trump Hotels & Casino Resorts, Inc.'s Motion for Indemnity (Docket No. 30) is hereby **DISMISSED** as moot.

_____s/*Joseph E. Irenas*_____
JOSEPH E. IRENAS, S.U.S.D.J.