AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF    NEW JERSEY

FAUD JARRAH and
SUHAILA JARRAH
        Plaintiff(s)
    V.
MEDICAL ONE A.C.E.C., INC and
LINDA A. ERTHAL
        Defendant(s)

**JUDGMENT IN A CIVIL CASE**

Case Number:    1:04cv2365(JEI)

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been ~~tried or heard~~ RESOLVED BY THE PARTIES ~~a decision has been rendered~~.

IT IS ORDERED AND ADJUDGED that judgment is hereby entered in favor of defendants MEDICAL ONE A.C.E.C., INC. and LINDA A. ERTHAL and against plaintiffs FAUD JARRAH and SUHAILA JARRAH as plaintiffs have placed a voluntarily dismissal, with prejudice, of all claims against defendants on the record.

April 8, 2008
Date

JOSEPH E. IRENAS, SUSDJ
UNITED STATES DISTRICT JUDGE